UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

KYLE CLARKE, individually and
behalf of all others similarly situated.

    Plaintiff,

v.

    Case No. 1:22-cv-00803
    Hon. Hala Y. Jarbou

COLUMBIA BOOKS INC. D/B/A
COLUMBIA BOOKS & INFORMATION
SERVICES,

    Defendant.

_____/

## STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

This matter having come before the Court upon the stipulation of the parties, Defendant Columbia Books Inc. ("Columbia Books") representing that it has been unable to locate any records of Plaintiff having made a purchase from Columbia Books, and Plaintiff therefore currently evaluating whether to proceed with this action, and Columbia Books therefore seeking and extension of time until October 12, 2022 to answer or otherwise plead,

**IT IS HEREBY ORDERED** that Defendant Columbia Books Inc. shall have an extension of time to answer or otherwise respond to Plaintiff's Complaint until October 12, 2022.

**IT IS SO ORDERED.**

Date: September 29, 2022

/s/ HALA Y. JARBOU
Hala Y. Jarbou
Chief United States District Judge