IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KYLE CLARKE, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>COLUMBIA BOOKS INC. D/B/A COLUMBIA BOOKS & INFORMATION SERVICES,<br><br>                  Defendant. | Case No.: 22-cv-00803<br>Hon. Hala Y. Jarbou |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kyle Clarke hereby dismisses without prejudice all claims against Defendant Columbia Books Inc. d/b/a Columbia Books & Information Services. Each party shall bear its own attorneys' fees and costs.

Dated: October 11, 2022

**BURSOR & FISHER, P.A.**

By:    */s/ Philip L. Fraietta*
        Philip L. Fraietta

Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinhall.com

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Gregory A. Mitchell
950 W. University Drive, Suite 300

Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
gam@millerlawpc.com

*Attorneys for Plaintiff*